AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Watkins, William K. | U.S. District Court, M.D. AL | 08/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
1 Church Street, E300
Montgomery, AL 36104

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager/Sole Member | Rosewood Martin, LLC |
| 2. | Director, Shareholder, Officer | Powermaster, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | U.S. Courts Interest on past wage settlement awarded by Court deciksion | $2,436.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Neurology Consultants of Montgomery Salary reported on Form W-2 |
| 2. 2014 | Non-employee compensation received from Advanced Health Media LLC and reported on form 1099 |
| 3. 2014 | Non-employee compensation received from L&M Healthcare Communications LLC and reported on form 1099 |
| 4. 2014 | Non-employee compensation received from Curry Rockefeller Group and reported on form 1099 |
| 5. 2014 | Non-employee compensation received from SCSHealthcare Marketing, LLC and reported on form 1099 |
| 6. 2014 | Non-employee compensation received from Medical Outreach Ministries and reported on form 1099 |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Troy Bank & Trust Company | Turkey Mountain Real Estate Loan | K |
| 2. | Troy Bank & Trust Company | Line of Credit | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pike Co. AL. Farm #1 | | None | O | W | | | | | |
| 2. Farm (1/4 interest), Coffee County, AL | | None | L | W | | | | | |
| 3. North Carolina, Jackson Co. Lot 1 (Appraisal 7/23/04) | | None | M | W | | | | | |
| 4. North Carolina, Jackson Co. Lot 2 *See VIII | | None | K | W | | | | | |
| 5. North Carolina Land, Jackson Co. (Appraisal 8/8/02) | | None | N | W | | | | | |
| 6. Barn Property Troy, AL | | None | K | W | | | | | |
| 7. Pike Co. AL Farm #3 | | None | L | W | | | | | |
| 8. Pike Co. AL Farm #4 - Mineral | | None | J | W | | | | | |
| 9. Pike Co. AL Farm #5 - Mineral | | None | J | W | | | | | |
| 10. Pike Co. AL Farm #6 (19% interest) (Known as Turkey Mountain LLC) | C | Distribution | K | W | | | | | |
| 11. Pike Co. AL Farm #6 (19% interest) Mineral | | None | J | W | | | | | |
| 12. WE, LLC (50% interest) | | None | J | W | | | | | |
| 13. Powermaster, Inc. (1/3 interest) | | None | K | W | | | | | |
| 14. E. D. Moseley Note | | None | J | U | | | | | |
| 15. Wells Fargo Bank (formerly Wachovia Bank) - Dimensions Acct. | A | Interest | J | T | | | | | |
| 16. Principal: Variable Universal Life Policy | A | Int./Div. | J | T | | | | | |
| 17. Principal #302 WKW 318 Variable Universal Life | A | Int./Div. | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual TM 010 Extraordinary Life | A | Int./Div. | J | T | | | | | |
| 19. LPL Financial IRA Account Brokerage LPL | A | Int./Div. | M | T | | | | | |
| 20. LPL Financial IRA Account Brokerage Cash LPL | A | Int./Div. | J | T | | | | | |
| 21. American Funds - Capital Income Builder Fund Class F CIBFX | D | Dividend | M | T | | | | | |
| 22. American Funds INVESTMENT COMPANY OF AMERICA CL C AICFX | A | Dividend | J | T | | | | | |
| 23. INVESTMENT COMPANY OF AMERICA CL F1 AICCX | A | Dividend | J | T | | | | | |
| 24. LPL Financial IRA Account PTC CUST IRA | F | Distribution | M | T | | | | | |
| 25. LPL Financial IRA Account Brokerage Cash-Insured Deposit | A | Int./Div. | J | T | | | | | |
| 26. Arbitrage Funds: Arbitrage Event-Driven Fund; Class I Shares | A | Dividend | J | T | Buy | 06/24/14 | J | | |
| 27. ALGER CAP APPREC FUND ALARX | A | Dividend | K | T | Buy | 03/21/14 | K | | |
| 28. BLACKROCK HIGH YIELD BOND FUND BHTIX | B | Dividend | K | T | Buy (add'l) | 12/31/14 | J | | |
| 29. DOUBLELINE TOTAL RETURN BOND FUND DBLTX | B | Dividend | K | T | Buy (add'l) | 10/15/14 | K | | |
| 30. JOHN HANCOCL DISCPLINED VAL FD JVLIX | A | Dividend | K | T | Buy | 10/15/14 | K | | |
| 31. LOOMIS SAYLES INVESTMENT GRADE BOND FUND | B | Dividend | L | T | Buy (add'l) | 05/02/14 | K | | |
| 32. NUVEEN HIGH YLD MUNI BOND FUND NHMRX | A | Dividend | | | Sold | 03/19/14 | K | A | |
| 33. NUVEEN LARGE CAP VALUE FUND NQCRX | A | Dividend | | | Sold | 07/22/14 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. MFS RESEARCH FUND CLASS I MRFIX | A | Dividend | K | T | Sold (part) | 05/02/14 | J | A | |
| 35. T ROWE PRICE CAP APPREC FUND PRWCX | A | Dividend | | | Sold | 07/01/14 | J | A | |
| 36. T ROWE PRICE GROWTH STOCK FUND PRGFX | A | Dividend | | | Sold | 03/20/14 | K | C | |
| 37. T ROWE PRICE EMERGING MARKETS BOND FUND PREMX | A | Dividend | | | Sold | 06/25/14 | J | A | |
| 38. T ROWE PRICE SUMMIT MUNI INC FUND PRINX | A | Dividend | K | T | Buy | 05/02/14 | K | | |
| 39. Troy Bank & Trust Company Super NOW account | A | Interest | J | T | | | | | |
| 40. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Lines 19, 20, 21, 22, and 23  include the individual portfolio assets held in the       IRA brokerage account held at LPL Financial, LPL       . Line 19 represents the total value of the entire account.

VII. Lines 24 through 38 include the individual portfolio assets held in the Judge Watkins' IRA fee-based advisory account held at LPL Financial, LPL account       . Line 24 represents the total value of the entire account. The account is a managed by the Financial Advisor, who has limited discretion over mutual fund positions in the account. The buys and sells reported in lines 26-38 represent trades made by the financial advisor using his limited discretion and based on changes in the underlying mutual fund asset model used for the account and dividend reinvestments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William K. Watkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544